IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DAVID ERIC SEWELL,              )
                                )
            Petitioner,         )
                                )
     v.                         )     1:24-cv-472
                                )
BOP,                            )
                                )
            Respondent.         )
```

### ORDER

On June 12, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing in the proper district after exhausting any available administrative remedies.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of November, 2024.

_____
United States District Judge